**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00263-LTB

TRAVIS HODSON,

    Plaintiff,

v.

UNKNOWN OFFICERS,
ROCHELLE BEIER-HERNET,
KAIRI VAHER,
JENNIFER (UNKNOWN),
BRENDA DEMACHET, and
BIRGIT M. FISHER,

    Defendants.

---

**ORDER OF DISMISSAL**

---

    Plaintiff Travis Hodson currently is held at the Colorado Mental Health Institute in Pueblo, Colorado. Plaintiff has submitted a Complaint pursuant to 42 U.S.C. § 1983. As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court determined that Mr. Hodson's pleadings were deficient. In an order entered on February 7, 2015, Magistrate Judge Gordon P. Gallagher directed Plaintiff to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Gallagher informed Plaintiff to file a request to proceed in forma pauperis pursuant to § 1915 on proper Court-approved forms or pay the requisite filing fee and further ordered him to file a signed signature page for his Complaint and to complete the "previous lawsuit" section of the Complaint form. (ECF No. 3). That Order specifically provides that the action would be dismissed without further notice if Mr. Hudson failed to cure the

deficiencies within thirty days.

On February 19, 2015, Plaintiff submitted a "Supplement" wherein he purported to list his other lawsuits (ECF No. 4). No other pleadings have been filed by Plaintiff.

Plaintiff has failed to cure the deficiencies within the time allowed. Therefore, the action will be dismissed without prejudice for failure to cure the noted deficiencies.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

**ORDERED** that the Complaint and the action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute. It is

**FURTHER ORDERED** that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this   18th   day of March, 2015.

BY THE COURT:


　　s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court